UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHANE LEE HILL                                      CIVIL ACTION

VERSUS                                              NO. 08-5233

SHERIFF JACK STEPHENS, ET AL.                       SECTION: "A"(1)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** the motion to dismiss filed by Plaquemines Parish Sheriff I.F. Hingle and Warden Orbon Tinson is **GRANTED** and that the claims against those defendants are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 18th day of June, 2009.

UNITED STATES DISTRICT JUDGE